IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>MARK ZUCKERBERG, et al.,<br><br>Defendant(s). | CASE NO. 3:12-cv-03642 (MMC)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Brant W. Bishop, P.C. , whose business address and telephone number is

Kirkland & Ellis LLP / 655 Fifteenth Street N.W./ Washington, DC  20005  - or - 601 Lexington Ave. / New York, NY  10022; telephone: 202-879-5000 ; email: brant.bishop@kirkland.com

and who is an active member in good standing of the bar of DC, NY and UT

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Facebook, Inc.+ individual defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 24, 2012

United States District Judge