IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC., | CASE NO. 3:12-cv-03642 (MMC) |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| MARK ZUCKERBERG, et al., | |
| Defendant(s). | |

Andrew B. Clubok, whose business address and telephone number is 601 Lexington Avenue, New York, NY 10022; telephone: 212-446-4800; email: andrew.clubok@kirkland.com

and who is an active member in good standing of the bar of DC, NY and OH

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Facebook, Inc.+ individual defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: July 24, 2012

_____
United States District Judge