United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA LEVY, | No. C-12-3642 MMC |
|     Plaintiff, | **ORDER DENYING PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME FOR MOTION TO REMAND** |
| v. | |
| MARK ZUCKERBERG, et al., | |
|     Defendants. | |

Before the Court is plaintiff Lidia Levy's application, filed July 19, 2012, for an order shortening time to hear her motion to remand, currently scheduled for hearing on August 24, 2012.[1] Defendants have filed opposition. Having read and considered the application and opposition thereto, the Court hereby rules as follows.

Contrary to plaintiff's argument, the motion to remand will not necessarily become moot if the present schedule is not altered. Both the motion to remand and defendants' motion to stay proceedings are currently scheduled for hearing on August 24, 2012, and, under the present schedule, the Court will be fully apprised before that date of the parties' respective positions on which motion should be considered first. Further, plaintiff fails to

---

[1] Plaintiff failed to provide the Court with a chambers copy of the application. Nonetheless, the Court has considered it. For future reference, plaintiff is reminded that, pursuant to Civil Local Rule 5-1(e)(7) and this Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.

offer any evidence to support her conclusory assertion that "documents will be lost" and "witnesses will disappear" (see Pl.'s Appl. at 3:11-12) if her motion to remand is heard as currently scheduled. In short, plaintiff has failed to show she will suffer any harm or prejudice in the absence of a shortened briefing schedule, let alone the requisite "substantial harm or prejudice." See Civil L.R. 6-3(a)(3).

Accordingly, the application for an order shortening time is hereby DENIED, and the motion to remand remains scheduled for August 24, 2012.

**IT IS SO ORDERED.**

Dated: July 25, 2012

MAXINE M. CHESNEY
United States District Judge