IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA LEVY, Derivatively on Behalf of Facebook, Inc., <br><br> Plaintiff, <br><br> v. <br><br> MARK ZUCKERBERG, et al., <br><br> Defendant. | CASE NO. 3:12-cv-03642-MMC <br><br> ~~(Proposed)~~ <br> ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Richard D. Bernstein, whose business address and telephone number is

Willkie Farr & Gallagher LLP
1875 K St. NW, Washington, DC 20006
(202) 303-1000

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Facebook and Individual Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 31, 2012

Hon. Maxine M. Chesney
United States District Judge