SCOTT+SCOTT LLP
MARY K. BLASY (SBN 211262)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
mblasy@scott-scott.com
  -and-
JOSEPH P. GUGLIELMO
500 Fifth Avenue, 40th Floor
New York, NY 10110
Telephone: (212) 223-6444
jgugliemo@scott-scott.com

*Counsel for Plaintiff Lidia Levy*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ZUCKERBERG, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, and DOES 1-25 inclusive,<br><br>Defendants,<br><br>FACEBOOK, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 12-cv-03642-MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMITTING  JOSEPH P. GUGLIELMO *PRO HAC VICE*
Case No. 12-CV-03642-MMC

1   Joseph P. Guglielmo, whose business address and telephone number are Scott+Scott LLP, 500 Fifth Avenue, 40th Floor, New York, NY 10110, (212) 223-6444, and who is an active member in good standing of the Bar of the State of Connecticut and the United States District Court for the Southern District of New York, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Lidia Levy;

2   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions on Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: __July 31__, 2012

_____
HONORABLE MAXINE M. CHESNEY
U.S. SENIOR DISTRICT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE*
Case No. 12-CV-03642-MMC

1