1  SCOTT+SCOTT LLP
   MARY K. BLASY (SBN 211262)
2  707 Broadway, Suite 1000
   San Diego, CA 92101
3  Telephone: (619) 233-4565
   Facsimile: (619) 233-0508
4  mblasy@scott-scott.com
      -and-
5  DEBORAH CLARK-WEINTRAUB
   500 Fifth Avenue, 40th Floor
6  New York, NY 10110
   Telephone: (212) 223-6444
7  dweintraub@scott-scott.com

8  *Counsel for Plaintiff Lidia Levy*

9

10                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC., | Case No. 12-cv-03642-MMC |
| 14  Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING DEBORAH CLARK-WEINTRAUB *PRO HAC VICE* |
| 15  vs. | |
| 16  MARK ZUCKERBERG, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, and DOES 1-25 inclusive, | |
| 20  Defendants, | |
| 21  FACEBOOK, INC., a Delaware Corporation, | |
| 22  Nominal Defendant. | |

28 [PROPOSED] ORDER GRANTING APPLICATION FOR
   ADMITTING DEBORAH CLARK-WEINTRAUB *PRO HAC VICE*
   Case No. 12-CV-03642-MMC

1 | Deborah Clark-Weintraub, whose business address and telephone number are Scott+Scott
2 | LLP, 500 Fifth Avenue, 40th Floor, New York, NY 10110, (212) 223-6444, and who is an active
3 | member in good standing of the Bar of the State of New York and the United States District Court
4 | for the Southern District of New York, having applied for admission to practice in the Northern
5 | District of California on a *pro hac vice* basis representing Plaintiff Lidia Levy;
6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7 | conditions on Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance *pro*
8 | *hac vice*.  Services of papers upon and communication with co-counsel designated in the application
9 | will constitute notice to the party.  All future filings in this action are subject to the requirements
10 | contained in General Order No. 45, *Electronic Case Filing*.

12 | DATED: __July 31__, 2012

_____
HONORABLE MAXINE M. CHESNEY
U.S. SENIOR DISTRICT JUDGE

28 | [PROPOSED] ORDER GRANTING APPLICATION FOR
ADMITTING DEBORAH CLARK-WEINTRAUB *PRO HAC VICE*
Case No. 12-CV-03642-MMC

1