1  SCOTT+SCOTT LLP
   MARY K. BLASY (SBN 211262)
2  707 Broadway, Suite 1000
   San Diego, CA 92101
3  Telephone: (619) 233-4565
   Facsimile: (619) 233-0508
4  mblasy@scott-scott.com
      -and-
5  DEBORAH CLARK-WEINTRAUB
   500 Fifth Avenue, 40th Floor
6  New York, NY 10110
   Telephone: (212) 223-6444
7  dweintraub@scott-scott.com

8  *Counsel for Plaintiff Lidia Levy*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK ZUCKERBERG, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, and DOES 1-25 inclusive, <br><br> Defendants, <br><br> FACEBOOK, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 12-cv-03642-MMC <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING DEBORAH CLARK-WEINTRAUB *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMITTING DEBORAH CLARK-WEINTRAUB *PRO HAC VICE*
Case No. 12-CV-03642-MMC

1     Deborah Clark-Weintraub, whose business address and telephone number are Scott+Scott LLP, 500 Fifth Avenue, 40th Floor, New York, NY 10110, (212) 223-6444, and who is an active member in good standing of the Bar of the State of New York and the United States District Court for the Southern District of New York, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Lidia Levy;

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions on Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: __July 31__, 2012

    _____
HONORABLE MAXINE M. CHESNEY
U.S. SENIOR DISTRICT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMITTING DEBORAH CLARK-WEINTRAUB *PRO HAC VICE*
Case No. 12-CV-03642-MMC

1