UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ZUCKERBERG, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, and DOES 1-25 inclusive,<br><br>Defendants,<br><br>FACEBOOK, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 12-cv-03642-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER DEFERRING BRIEFING ON DEFENDANTS' MOTION TO DISMISS PENDING RESOLUTION OF MOTION TO ~~REMAND~~ STAY |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER DEFERRING BRIEFING ON DEFENDANTS' MOTION TO DISMISS PENDING RESOLUTION OF MOTION TO REMAND
CASE NO. 12-cv-03642-MMC

Having read and considered Plaintiff Lidia Levy's (hereinafter "Plaintiff") Administrative Motion to Defer Briefing on Defendants' Motion to Dismiss Pending Resolution of Motion to Remand, and ~~good cause appearing therefore~~ defendants' response thereto,

IT IS ORDERED THAT:

1. The motion is GRANTED.

2. Plaintiff need not respond to the Defendants' Motion to Dismiss filed herein on August 2, 2012 unless and until ~~both Plaintiff's Motion to Remand and~~ Defendants' Motion to Stay is ~~are~~ denied~~;~~ the September 7, 2012 hearing on the Motion to Dismiss is VACATED.

3. In the event the pending ~~Motions to Remand and Stay are~~ Motion to Stay is denied, ~~Defendants shall~~ the Court will set a briefing schedule and hearing date on the Motion to Dismiss. ~~immediately re-set and re-notice the hearing on their Motion to Dismiss; Plaintiff shall have Fourteen (14) days to file any memorandum opposing the Motion to Dismiss; and Defendants shall thereafter have Seven (7) days to file any reply in support thereof.~~

Dated: August 14, 2012

HON. MAXINE M. CHESNEY
United States District Judge

Submitted by:

/s/ Mary K. Blasy
Mary K. Blasy (SBN 211262)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
mblasy@scott-scott.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR ORDER DEFERRING BRIEFING ON DEFENDANTS' MOTION TO DISMISS PENDING RESOLUTION OF MOTION TO REMAND
CASE NO. 12-cv-03642-MMC