IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA LEVY,<br><br>　　　　　　Plaintiff,<br>　v.<br>MARK ZUCKERBERG, et al.,<br>　　　　　　Defendants. | No. C-12-3642 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS AND PLAINTIFF'S MOTION TO REMAND** |

　　Before the Court are two motions: (1) defendants' motion for a stay of proceedings, initially filed July 18, 2012 and refiled July 20, 2012; and (2) plaintiff's motion to remand, filed July 19, 2012. The motions have been fully briefed and are currently set for hearing on August 24, 2012.

　　The issues presented in the above-referenced motions, however, are substantially similar to issues presented in motions for a stay and motions for remand filed in two related actions, specifically, Hubuschman v Zuckerman, Civil Case No. 12-3666 MMC and Cole v. Zuckerman, Civil Case No. 12-3367 MMC, which motions are noticed for hearing on September 14, 2012.

　　Accordingly, in the interests of judicial economy and in having the issues presented in an orderly manner, the hearing date on the motion for a stay and motion to remand filed in the instant action is hereby CONTINUED to September 14, 2012.

　　**IT IS SO ORDERED.**

Dated: August 20, 2012

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge