

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FACEBOOK, INC., IPO SECURITIES
AND DERIVATIVE LITIGATION                                  MDL No. 2389

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On October 4, 2012, the Panel transferred 15 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See __F.Supp.2d__ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Robert W Sweet.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Sweet.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of October 4, 2012, and, with the consent of that court, assigned to the Honorable Robert W Sweet.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 18, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _Shanté Jones_
Deputy Clerk

IN RE: FACEBOOK, INC., IPO SECURITIES
AND DERIVATIVE LITIGATION                                              MDL No. 2389

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**CALIFORNIA NORTHERN**

| | | | |
|---|---|---|---|
| CAN | 3 | 12−03418 | Nelson v. Facebook, Inc. et al |
| CAN | 3 | 12−03642 | Levy et al v. Zuckerberg et al |
| CAN | 3 | 12−04144 | Southward v. Zuckerberg et al. |

**DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| DC | 1 | 12−01148 | TRAN v. NASDAQ STOCK MARKET, INC. |